1  Richard M Kipperman
   P.O. Box 3010
2  La Mesa, CA 91944
   (619) 668-4500
3
4
5  Chapter 7 Trustee
6
7

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM FRANCIS SLATTERY, JR.,<br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 13-03755-MM7<br><br>STIPULATION TO CHANGE HEARING DATE RE OPPOSITION BY SUSAN MICHELE SLATTERY TO TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT<br><br>DATE: June 5, 2014<br>TIME: 3:00 p.m.<br>DEPT: 1<br>JUDGE: Margaret Mann |

   COME NOW, Richard M Kipperman, Chapter 7 Trustee of the William Francis Slattery, Jr. Bankruptcy Estate, and Susan Michele Slattery, moving party, by and through her attorney Paul Daniel Marks, and stipulate:

   1.   On or about March 21, 2014, Trustee filed his notice of proposed abandonment of "Various claims and potential lawsuits against debtor's ex-wife, Susan Michelle Slattery." The notice was served on March 26, 2014, by the U.S. Bankruptcy Court.

   2.   On or about April 11, 2014, Susan Michele Slattery filed a Request and Notice of Hearing in opposition to the abandonment. A hearing was set for May 22, 2014.

   3.   Richard M Kipperman and Susan Michele Slattery, by and through her attorney, Paul Daniel Marks, hereby stipulate and agree to move the hearing to June 5, 2014, at 3:00 p.m., instead of May 22, 2014, at 10:00 a.m.

4. Richard M Kipperman has contacted Judge Mann's department, and upon filing of this stipulation with the court, the hearing date will be changed.

IT IS SO STIPULATED.

DATED: May 16, 2014

SUSAN MICHELE SLATTERY, by and through
PAUL DANIEL MARKS, Attorney

DATED: 13 May 14

RICHARD M KIPPERMAN, Trustee