TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor:      WILLIAM SLATTERY

Number:   13-03755-MM7

Hearing:    10:00 AM Thursday, May 22, 2014

Motion:     OPPOSITION TO TRUSTEE'S NOTICE OF ABANDONMENT FILED BY SUSAN SLATTERY

Continued to June 5, 2014 at 3:00 p.m., Department 1 pursuant to the parties' stipulation.   Appearances at the May 22, 2014 hearing are excused.